

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Logan Wesley, Appellant

No. 06-20-00097-CR      v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 20F0054-202). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the two judgments for aggravated sexual assault of a child under fourteen years of age by replacing Section 21.021 with Section 22.021 as the "Statute for Offense," and we modify the five judgments for sexual assault of a child by replacing Section 21.011 with Section 22.011 as the "Statute for Offense." As modified, the judgments of the trial court are affirmed.

We note that the appellant, Logan Wesley, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 16, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk